UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

26 mc 312 (PKC)

---------------------------------------------------x

IN RE: :

LETTER ROGATORY FOR INTERNATIONAL JUDICIAL ASSISTANCE FROM THE DISTRICT COURT FOR PRAGUE 8 PRAGUE, CZECH REPUBLIC IN THE MATTER OF DANIELA RIMANKOVA v. RADIM RIMANEK

---------------------------------------------------x

*EX PARTE* ORDER

M 93

WHEREAS, the United States of America, by its attorney, Jay Clayton, United States Attorney for the Southern District of New York, on behalf of the District Court for Prague 8, Prague, Czech Republic, is seeking to obtain information from MetLife Services and Solutions, LLC, in New York, New York, for use in connection with a judicial proceeding pending in that court captioned *Daniela Rimankova v. Radim Rimanek*;

NOW THEREFORE, it is hereby ORDERED, pursuant to 28 U.S.C. § 1782(a) and Rule 28(a) of the Federal Rules of Civil Procedure, that Mary Ellen Brennan, Assistant United States Attorney, Southern District of New York, be and hereby is appointed as Commissioner, to take such lawful steps as are necessary to obtain information from MetLife Services and Solutions, LLC, and to submit said information to the United States Attorney for the Southern District of New York for transmission to the United States Department of Justice or its designee.

IT IS FURTHER ORDERED that the United States Attorney's Office shall serve MetLife Services and Solutions, LLC, with a copy of this Order and the accompanying documents.

Dated: New York, New York
June 30 ____, 2026

[signature]
UNITED STATES DISTRICT JUDGE
Part I